No. 04–1264. BUCKEYE CHECK CASHING, INC. v. CARDEGNA ET AL. Sup. Ct. Fla. Certiorari granted. ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮

No. 04–1329. ILLINOIS TOOL WORKS INC. ET AL. v. INDEPENDENT INK, INC. C. A. Fed. Cir. Motions of American Bar Association, American Intellectual Property Law Association, Pfizer Inc., and Intellectual Property Owners Association for leave to file briefs as *amici curiae* granted. Certiorari granted. ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮

No. 03–10031. ENGLISH v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied. ▮▮▮▮▮▮▮▮▮

No. 03–10045. COULTER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮

No. 03–10700. REYNOSO v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 04–293. HONEYWELL INTERNATIONAL INC. ET AL. v. HAMILTON SUNDSTRAND CORP. C. A. Fed. Cir. Certiorari denied. ▮▮▮▮▮▮

No. 04–992. D. T. B., A MINOR CHILD, BY HIS NEXT FRIEND, O'CALLAGHAN, ET AL. v. FARMER, FORMER ATTORNEY GENERAL OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied. ▮▮ ▮▮▮▮▮▮

No. 04–1106. FOLDEN ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 04–1115. SEATTLE HOUSING AND RESOURCE EFFORT v. POTTER, POSTMASTER GENERAL, ET AL. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 04–1148. RODRIGUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮▮

No. 04–1213. CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA v. BANUELOS. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮